**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Young Hee Park** <br><br> Plaintiff, <br><br> vs. <br><br> **Armando Perez d/b/a Vega's Beauty Salon**, an individual; **Andrew Chiao**, an individual and Does 1-10 inclusive, <br><br> Defendants. | CASE NO. 8:17-CV-00335-AG-AS <br><br> **JUDGMENT RE: DEFAULT JUDGMENT AGAINST DEFENDANT ANDREW CHIAO** |

JUDGMENT

Upon review of the court files, the application for default judgment, the declarations submitted in support of the default judgment, and the evidence presented having been fully considered, it is hereby ordered and adjudged that plaintiff Young Hee Park shall have JUDGMENT in her favor in the amount of $12,625.00 against Defendant Andrew Chiao.

Additionally, Defendant Andrew Chiao is ordered to provide accessible parking spaces at the property located at 12083 Garden Grove Blvd. Garden Grove, California, in compliance with the Americans with Disabilities Act Accessibility Guidelines.

Dated: February 12, 2018  _____
Honorable Andrew J. Guilford
United States District Judge
Central District of California

*Presented by:*
Jong Yun Kim, Esq.
(213) 351-9400
jongkimlaw@hotmail.com
Attorney for Plaintiff